**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jeron Rondell RANDALL, Defendant–Appellant.**

No. 01–7027.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2001.

Decided Nov. 13, 2001.

Jeron Rondell Randall, pro se. Robert Edward Skiver, Assistant United States Attorney, Raleigh, NC, for appellee.

Before MICHAEL and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge

PER CURIAM.

Jeron Rondell Randall seeks to appeal the district court's order denying his mo-

tion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Randall,* Nos. CR–95–58–H; CA–00–150–4–H (E.D.N.C. Mar. 20 & filed May 18, 2001; entered May 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*